IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:05cr250-06 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| KHALID RA, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on May 19, 2021, for hearing on the Government's request for revocation of Defendant Khalid Ra's supervised release.  The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on April 23, 2021, at which time the Defendant admitted to the following violations: 1) Whereabouts Unknown; and 2) Failure to Comply with Drug Testing.  The Magistrate Judge issued a Report and Recommendation on the same date.  The Court adopts the Magistrate Judge's Report and Recommendation.  The Court finds Defendant in violation and revokes supervised release.

The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of eight (8) months.  No further period of supervised release to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

DATED: May 19, 2021

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE